UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL I. MIDDLETON,

                Plaintiff,

-against-

REGENERON PHARMACEUTICALS, INC.,

                Defendant.

**ORDER**

25-CV-01984 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action, *pro se*, on March 6, 2025, but submitted an unsigned complaint. (Doc. 1). By order dated March 13, 2025, the Court directed Plaintiff, within thirty days, to (1) submit a completed request to proceed in forma pauperis or pay the $405.00 in fees required to file a civil action in this court; and (2) sign and submit a signature page, the form of which was attached to the order. (Doc. 4). That order further specified that failure to comply would result in dismissal of the complaint. (*Id*.). Although Plaintiff paid the fees on April 3, 2025, he did not submit a signature page.

Accordingly, the Court dismisses the complaint in this action without prejudice. *See* Fed. R. Civ. P. 11(a); *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is respectfully requested to close this case.

**SO ORDERED:**

Dated:    White Plains, New York
          April 29, 2025

_____
PHILIP M. HALPERN
United States District Judge