UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL I. MIDDLETON,

                Plaintiff,

-against-

REGENERON PHARMACEUTICALS, INC.,

                Defendant.

**ORDER**

25-CV-01984 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who is proceeding *pro se*, commenced this action on March 6, 2025. (Doc. 1). Defendants' request for permission to move to dismiss Plaintiff's Complaint was granted on October 29, 2025 and the Court entered a briefing schedule. (Doc. 14). On November 21, 2025, Defendants filed their motion to dismiss. (Doc. 17, Doc. 18). Plaintiff's opposition was due by December 22, 2025. (*See* Doc. 14). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose the motion to dismiss until January 26, 2026. Defendants' reply, if any, is due February 17, 2026.

**If Plaintiff fails to file his opposition by January 26, 2026, the motion will be deemed fully submitted and unopposed.  No further extensions of time will be granted.**

The Clerk is respectfully requested to mail a copy of this Order to Plaintiff at the address on the docket.

Dated: White Plains, New York
       January 9, 2026

                      SO ORDERED:

                      _____
                      Philip M. Halpern
                      United States District Judge