UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL I. MIDDLETON,

Plaintiff,

-against-

REGENERON PHARMACEUTICALS, INC.,

Defendant.

**ORDER OF DISMISSAL**

25-CV-01984 (PMH)

PHILIP M. HALPERN, United States District Judge:

By order dated July 13, 2026, the Court directed Plaintiff to file an amended complaint that complied with the standards set forth in the Court's Opinion and Order within thirty days. (Doc. 22). That order specified that failure to comply would result in dismissal of the complaint. (*Id.*). Plaintiff has not filed an amended complaint. Accordingly, the complaint is dismissed for failure to state a claim upon which relief may be granted.

The Clerk of Court is respectfully requested to close this case.

SO ORDERED.

Dated: White Plains, New York
August 28, 2026

SO ORDERED:

Philip M. Halpern
United States District Judge